JS-6

# IN THE UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONI DACEY,<br><br>             Plaintiff,<br><br>      v.<br><br>PRINCESS CRUISE LINES, LTD.,<br><br>             Defendant. | **CASE NO. 2:20-cv-08371 RGK-PD**<br><br>**ORDER JOINT STIPULTION FOR DISMISSAL WITH PREJIUDICE**<br><br>**Pre Trial Conference : October 4, 2021 Time  : 9:00 am**<br>**Courtroom  850**<br>**Trial Date : October 19, 2021** |

Before the Court is the Joint Stipulation of Plaintiff, TONI DACEY, and

Defendant, PRINCESS CRUISE LINES, LTD.,  to dismiss the entire action with

prejudice pursuant to Fed.R.Civ.P. 41(a)(1), with each side to bear their own attorneys' fees and costs. This Joint Stipulation resolves the entire action.

The Premises considered:

IT IS HEREBY ORDEDED that the Joint Stipulation for Dismissal is hereby **GRANTED**, with each side to bear their own attorneys' fees and costs. This Order hereby resolves the entire case and the Clerk is directed to close the case.

Dated:   September 22, 2021

_____
JUDGE OF THE DISTRICT COURT